# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Letter Request from Local Court of Siegen, Germany in the Matter of Humerya Umut v. Pedro Juan Mestre | : <br> : Miscellaneous Action <br> : No.: <br> : <br> : |

## APPLICATION FOR ORDER UNDER 28 U.S.C. § 1782(a)

The United States of America by its undersigned attorneys, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a)[1] and Federal Rule of Civil Procedure 35(a)[2] appointing Assistant United States Attorney Anthony St. Joseph as Commissioner for the purpose of obtaining judicial assistance in obtaining a DNA sample from Juan Pedro Mestre, who, upon information and belief, resides

---

[1] Section 1782(a) of Title 28 provides, in part, that: "[t]he district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal . . . The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement given, or the document or other thing be produced, before a person appointed by the court. By virtue of his appointment, the person appointed has the power to administer any necessary oath and take the testimony or statement. The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. 28 U.S.C. § 1782(a).

[2] FRCP 35(a) provides, in part, that "[t]he court where the action is pending may order a party whose mental or physical condition – including blood group – is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner."

1

within the jurisdiction of this Court at 2510 N 2nd Street, Apt. 2 Philadelphia, PA 19133-3408.

The Court of Siegen in Germany issued a letter request for taking evidence on March 29, 2018 pursuant to the Hague Convention on Taking Evidence Abroad in Civil or Commercial Matters ("Hague Convention"). The United States formally entered into the Hague Convention on October 7, 1972.

The Letter of Request in German, dated March 29, 2018, together with an English Translation, dated March 29, 2018, is attached as Exhibit A.

> Respectfully submitted,
> WILLIAM D. McSWAIN
> United States Attorney
>
> ///signature///
> GREGORY B. DAVID
> Assistant United States Attorney
> Chief, Civil Division
>
> ///signature///
> ANTHONY ST. JOSEPH
> Assistant United States Attorney
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106
> Phone: 215-861-8267

Dated: April 10, 2019

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Letter Request from Local Court of Siegen, Germany in the Matter of Humerya Umut v. Pedro Juan Mestre | : : : : : : Miscellaneous Action No.: |

## COMMISSIONER'S CERTIFICATION

I, _____, having been appointed Commissioner pursuant to an Order issued in this matter on _____, for the purpose of obtaining Judicial assistance in obtaining a DNA sample from Pedro Juan Mestre, who resides within the jurisdiction of this Court at 2510 N 2nd Street, Apt. 2 Philadelphia, PA 19133-3408, pursuant to a letter rogatory issued on March 28, 2018 by the Court of Siegen in Germany, attached hereto, is a correct transcript of proceedings and the statements made by the said witness before me pursuant to the said Court Order.

DATED:

_____
COMMISSIONER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Letter Request from Local Court of Siegen, Germany in the Matter of Humerya Umut v. Pedro Juan Mestre | : : : : : | Miscellaneous Action No.: |

**O R D E R**

Upon consideration of the foregoing Application For Order Under 28 U.S.C. 1782, the Court of Siegen in Germany issued a letter request for Taking Evidence on March 28, 2018 pursuant to the Hague Convention on Taking Evidence Abroad in Civil or Commercial Matters which the United States entered into on October 7, 1972, under the Convention on Taking Evidence Abroad, which entered into force between the United States of America and the Germany on October 7, 1972.

IT IS ORDERED that Assistant United States Attorney Anthony St. Joseph be appointed as Commissioner, pursuant to 28 U.S.C. 1782, for the purpose of rendering judicial assistance as requested by the Gjorvik District Court in Norway under the Convention on Taking Evidence Abroad, 23 UST 2555, TIAS 7444.

THUS DONE and SIGNED on this_____ day of _____ ,2019.

_____
**United States District Judge**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing Answer has been filed electronically and mailed via First Class Mail to:

> Mr. Pedro Juan Mestre
> 2510 N 2nd Street
> Apt. 2
> Philadelphia, PA 19133-3408

*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney

Dated: April 10, 2019

# EXHIBIT A

**INTRADUCT®**   Fachübersetzungen · Dolmetscherdienst

Postfach 10 17 10 · 44017 Dortmund · Tel. +49 (231) 95 20 45-0 · info@intraduct.de

[CERTIFIED TRANSLATION FROM GERMAN]

| | |
|---|---|
| Amtsgericht [LOCAL COURT] Siegen | Siegen, March 29, 2018 |
| Berliner Straße 21-22 | |
| D-57072 Siegen | |

Reference number:
**15 F 1539/14**

U.S. Department of Justice
Civil Division
Office of International Judicial Assistance
Benjamin Franklin Station, P. O. Box 14360
Washington, D.C. 20004
USA

**Mutual assistance with foreign countries in civil matters**
Request for the taking of evidence by obtaining a paternity test/sample

Dear Sir or Madam,

In the family matter

concerning the minor child Antonio Juan Umut, born on December 30, 2010, Liegnitzer Straße 74, D-57072 Siegen,

with the following parties involved:

1. Antonio Juan Umut, Liegnitzer Straße 74, D-57072 Siegen,

    Petitioner and child,

2. Mr. Pedro Juan Mestre, 31314[3] Tulip Street, 19125 Philadelphia, United States of America,

    Respondent,

3. Ms. Hümeyra Umut, Liegnitzer Straße 74, D-57072 Siegen,

    Mother of the child,

4. City of Siegen Jugendamt [YOUTH WELFARE OFFICE], Weidenauer Straße 211-213, D-57076 Siegen,

    Counsel

---

[3] Translator's note: This number is given variously as 3134 and 31314 throughout these documents

MAY 3 1 2018
CIV-189-26-18-33

**INTRADUCT®**   Fachübersetzungen · Dolmetscherdienst

Postfach 10 17 10 · 44017 Dortmund · Tel. +49 (231) 95 20 45-0 · info@intraduct.de

The competent court in the USA is hereby requested to commission the body there which is usually responsible for taking samples.

Evidence should be taken as to whether the respondent, Mr. Pedro Juan Mestre, born on _____, 1985, 31314 Tulip Street, 19125 Philadelphia, United States of America, social security number _____, is the biological father of the child A____ J____ U____, born on _____, 2010 with a paternity test being obtained. The examination should be based on a mucosal or saliva test.

With regards to the underlying circumstances and questions to the respondent, please refer to the enclosed statement for the request for mutual assistance.

The respondent's statements should not be under oath.

The presence of a party to the proceedings other than the respondent or the court is not required during the taking of the evidence.

We respectfully request that a record of the examination be sent to the requesting court after this request has been handled.

Sincerely,

[ILLEGIBLE SIGNATURE]      [SEAL SHOWING THE COAT OF ARMS OF
Schütz                    NORTH RHINE-WESTPHALIA AND THE INSCRIPTION:
Judge                     "SIEGEN LOCAL COURT; (ILLEGIBLE NUMBER)"]

| Dortmund, 07 May 2018 | Dortmund, den 7. Mai 2018 |
|---|---|
| As a sworn translator for the English language I hereby certify that I have completed the above translation and that this translation is true and complete to the best of my knowledge and belief. Translator: Maeve Paterson-Schmidt M.A., sworn translator for English in the state of Baden-Württemberg (Ref. no.: E 316 a/ P.) | Vorstehende Übersetzung der mir vorgelegten und in deutscher Sprache abgefassten Urkunde ist richtig und vollständig. Übersetzerin: Maeve Paterson-Schmidt M.A., öffentlich bestellte und beeidigte Urkundenübersetzerin der englischen Sprache für Baden-Württemberg (E 316 a/ P.) |

**Amtsgericht Siegen**  Siegen, 29.03.2018
Berliner Straße 21-22
57072 Siegen

Geschäftsnummer:
**15 F 1539/14**

U.S. Department of Justice
Civil Division
Office of International Judicial Assistance
Benjamin Franklin Station, P. O. Box 14360
Washington, D.C. 20004
USA

**Rechtshilfeverkehr mit dem Ausland in zivilrechtlichen Angelegenheiten**
Ersuchen um Beweisaufnahme durch Einholung eines Abstammungsgutachtens/
Probenentnahme

Sehr geehrte Damen und Herren,

in der Familiensache

betreffend das minderjährige Kind A      J    U    geboren am        .2010, Liegnitzer Straße 74, 57072 Siegen,

an der beteiligten sind:

1. A    J    U  , Liegnitzer Straße 74, 57072 Siegen,
   Antragsteller und Kind,

2. Herr Pedro Juan Mestre, 31314 Tulip Street, 19125 Philadelphia, Vereinigte Staaten,
   Antragsgegner,

3. Frau Hümeyra Umut, Liegnitzer Straße 74, 57072 Siegen,
   Kindesmutter,

4. Jugendamt der Stadt Siegen, Weidenauer Straße 211-213, 57076 Siegen,
   Beistand

wird das zuständige Gericht in den USA gebeten, die vor Ort üblicherweise zuständige Stelle mit einer Probenentnahme zu beauftragen.

Es soll Beweis darüber erhoben werden, ob der Antragsgegner, Herr Pedro Juan Mestre, geboren am        .1985, 31314 Tulip Street, 19125 Philadelphia, Vereinigte Staaten, Social-Security-Number          , der biologische Vater des Kindes A      J      U      geboren am 30.12.2010 ist, durch Einholung eines Abstammungsgutachtens. Die Begutachtung soll erfolgen auf Grundlage von Schleimhaut- oder Speichelproben.

Zum zugrunde liegenden Sachverhalt und den Fragen an den Antragsgegner wird auf den anliegenden Vermerk für das Rechtshilfeersuchen Bezug genommen.

Aussagen des Antragsgegners sollen nicht eidlich erfolgen.

Die Anwesenheit eines anderen Verfahrensbeteiligten als des Antragsgegners oder des Gerichts bei der Beweisaufnahme ist nicht erforderlich.

Es wird höflichst gebeten, dem ersuchenden Gericht nach der Erledigung des Ersuchens eine Niederschrift über die Begutachtung zu übersenden.

Mit freundlichen Grüßen

(Schütz)
Richter

15 F 1539/14



Erlassen am 22.03.2018
durch Übergabe an die
Geschäftsstelle

Wagner, Justizbeschäftigte
als Urkundsbeamtin der
Geschäftsstelle

## Amtsgericht Siegen
## Familiengericht
## Beschluss

In der Familiensache

betreffend das minderjährige Kind A          J    U     , geboren am       .2010, Liegnitzer Straße 74, 57072 Siegen,

an der weiter beteiligt sind:

1. A       J    U    , Liegnitzer Straße 74, 57072 Siegen,

    Antragsteller,

2. Herr Pedro Juan Mestre, 31314 Tulip Street, 19125 Philadelphia, Vereinigte Staaten,

    Antragsgegner,

3. Frau Hümeyra Umut, Liegnitzer Straße 74, 57072 Siegen,

    Kindesmutter,

4. Jugendamt der Stadt Siegen, Fachbereich Soziale Dienste, Weidenauer Straße 211-213, 57076 Siegen

    Beistand

Das zuständige Gericht in den USA wird im Wege der Rechtshilfe gebeten, gemäß nachfolgendem Beschluss tätig zu werden:

Es soll Beweis darüber erhoben werden, ob der Antragsgegner, Herr Pedro Juan Mestre, geboren am (      .1985, 31314 Tulip Street, 19125 Philadelphia, Vereinigte Staaten, Social-Security-Number            , der biologische Vater des Kindes A   J    L       geboren am      .2010 ist, durch Einholung eines

2

Abstammungsgutachtens. Die Begutachtung soll erfolgen auf der Grundlage von Schleimhaut- oder Speichelproben.

Das zuständige Gericht in den USA wird gebeten, die vor Ort üblicherweise zuständige Stelle mit der Probenentnahme zu beauftragen. Die Proben können mit den anliegenden Materialien oder mit den eigenen Materialien des beauftragten Labors entnommen werden. Vor der Probenentnahme soll die Identität des Antragsgegners durch Vorlage seines Passes festgestellt werden.

Die Anwesenheit eines anderen Verfahrensbeteiligten als des Antragsgegners oder des Gerichts bei der Beweisaufnahme ist nicht erforderlich.

Aussagen des Antragsgegners sollen nicht eidlich erfolgen.

Amtsgericht – Familiengericht – Siegen

Siegen, den 22.03.2018

Schütz, Richter

**INTRADUCT®**   Fachübersetzungen · Dolmetscherdienst

Postfach 10 17 10 · 44017 Dortmund · Tel. +49 (231) 95 20 45-0 · info@intraduct.de

[CERTIFIED TRANSLATION FROM GERMAN]

15 F 1539/14

[COAT OF ARMS OF NORTH RHINE-WESTPHALIA]

Issued on March 29, 2018
via delivery to the
Court Registry

Wagner, Court Clerk
as Registrar of the
Court Registry

# Amtsgericht [LOCAL COURT] Siegen
# Family Court

## Description of the facts for the court providing legal assistance

In the family matter

concerning the minor child A    J   U  , born on    , 2010, Liegnitzer Straße 74, D-57072 Siegen,

with the following parties involved:

Mr. A    J   U  , Liegnitzer Straße 74, D-57072 Siegen,

Petitioner,

Mr. Pedro Juan Mestre, 31314 Tulip Street, 19125 Philadelphia, United States of America,

Respondent,

Ms. Hümeyra Umut, Liegnitzer Straße 74, D-57072 Siegen,

Mother of the child,

City of Siegen Jugendamt [YOUTH WELFARE OFFICE], Fachbereich Soziale Dienste [SOCIAL SERVICES DEPARTMENT], Weidenauer Straße 211-213, D-57076 Siegen,

Counsel,

the following facts have been used as a basis:
The court is to examine, upon application of the petitioner, the child A    J   U , whether the respondent, Mr. Pedro Juan Umut Mestre, is his biological father.
The child A   J   U   was born on    , 2010.
The child's mother, Ms. Hümeyra Umut, was not married at the time of the child's birth.

**INTRADUCT®**  Fachübersetzungen · Dolmetscherdienst

Postfach 10 17 10 · 44017 Dortmund · Tel. +49 (231) 95 20 45-0 · info@intraduct.de

2

She claims that the respondent is the father of the child. In response to a question from the court, she declared during the hearing on January 23, 2018, that only Mr. Mestre could be the father as she was in a relationship with him. She asserted that this was also the case during the time of conception between March and April 2010. According to the child's mother, the relationship lasted between 2008 and approximately April 2011. She asserted that she only had sexual intercourse with Mr. Mestre over this entire period of time and that she was absolutely sure, therefore, that he was the father. According to the child's mother, he had never disputed this and he only wants to get out of the child support obligations. There have reportedly already been other court proceedings against him for child support for another daughter. She asserted that she was in contact with Mr. Mestre only via Facebook and Skype, but that this had stopped a long time ago and their last exchange was in May 2017.

His current address, according to the child's mother, is 3134[1] Tulip Street, Philadelphia and his birthday is             , 1985. His social security number is reportedly           . She was also apparently able to find out his file number, which is           .

During his stay in Germany, the child's mother asserts that he was stationed in Vilsek, Bavaria, as a soldier.

The court must examine whether the respondent is the child's biological father by obtaining evidence of paternity.

The following evidence order was issued on March 22, 2018:

The competent court in the USA is requested, by way of mutual legal assistance, to act in accordance with the following order:

Evidence is to be taken as to whether the respondent, Mr. Pedro Juan Mestre, is the biological father of the child A      J    U    , born on           , 2010, via evidence of paternity being obtained. The examination should be based on a mucosal or saliva test.

The competent court in the USA is hereby requested to commission the body there which is usually responsible for taking samples. The samples may be taken with the enclosed materials or with the materials of the lab which has been commissioned. The respondent's identity should be determined via submission of identification before the sample is taken.

---

[1] Translator's note: This number is given variously as 3134 and 31314 throughout these documents

**INTRADUCT®**  Fachübersetzungen · Dolmetscherdienst

Postfach 10 17 10 · 44017 Dortmund · Tel. +49 (231) 95 20 45-0 · info@intraduct.de

3

The presence of a party to the proceedings other than the respondent or the court is not required during the taking of the evidence.

The respondent's statements should not be under oath.

Siegen, March 29, 2018
Amtsgericht [LOCAL COURT]
[ILLEGIBLE SIGNATURE]          [SEAL SHOWING THE COAT OF ARMS
Schütz                          OF NORTH RHINE-WESTPHALIA AND THE INSCRIPTION:
Judge                           "SIEGEN LOCAL COURT; 63"]

| Dortmund, 07 May 2018 | Dortmund, den 7. Mai 2018 |
|---|---|
| As a sworn translator for the English language I hereby certify that I have completed the above translation and that this translation is true and complete to the best of my knowledge and belief. Translator: Maeve Paterson-Schmidt M.A., sworn translator for English in the state of Baden-Württemberg (Ref. no.: E 316 a/ P.) | Vorstehende Übersetzung der mir vorgelegten und in deutscher Sprache abgefassten Urkunde ist richtig und vollständig. Übersetzerin: Maeve Paterson-Schmidt M.A., öffentlich bestellte und beeidigte Urkundenübersetzerin der englischen Sprache für Baden-Württemberg (E 316 a/ P.) |

15 F 1539/14



Erlassen am 29.03.2018
durch Übergabe an die
Geschäftsstelle

Wagner, Justizbeschäftigte
als Urkundsbeamtin der
Geschäftsstelle

## Amtsgericht Siegen
## Familiengericht

## Sachverhaltsdarstellung für das Rechtshilfegericht

In der Familiensache

des minderjährigen Kindes A      J      U      geb. am      .2010, Liegnitzer Straße 74, 57072 Siegen,

an der beteiligt sind:

Herr A      J      U      , Liegnitzer Straße 74, 57072 Siegen,

Antragsteller,

Herr Pedro Juan Mestre, 31314 Tulip Street, 19125 Philadelphia, Vereinigte Staaten,

Antragsgegner,

Frau Hümeyra Umut, Liegnitzer Straße 74, 57072 Siegen,

Kindesmutter,

Jugendamt der Stadt Siegen, Fachbereich Soziale Dienste, Weidenauer Straße 211-213, 57076 Siegen,

Beistand,

liegt folgender Sachverhalt zugrunde:

Das Gericht hat auf Antrag des Antragstellers, des Kindes A      J      U      , zu prüfen, ob der Antragsgegner, Herr Pedro Juan Mestre, der leibliche Vater ist.

Das Kind A      J      U      wurde am      2010 geboren.

Die Mutter des Kindes, Frau Hümeyra Umut, war zum Zeitpunkt der Geburt des Kindes nicht verheiratet.

2

Sie behauptet, der Antragsgegner sei der Vater des Kindes. Auf Nachfrage des Gerichts erklärte sie im Anhörungstermin vom 23.01.2018, dass nur der Herr Mestre der Vater gewesen sein könne, da sie mit ihm in einer Beziehung gewesen sei. Dies sei auch in der Empfängniszeit zwischen März und April 2010 so gewesen. Die Beziehung habe von 2008 bis etwa April 2011 gehalten. Während dieses gesamten Zeitraumes habe sie nur mit dem Herrn Mestre Geschlechtsverkehr gehabt. Sie sei sich daher absolut sicher, dass er der Vater ist. Er habe das ihr gegenüber auch nie abgestritten. Vielmehr wolle sich dieser vorliegend nur vor den Unterhaltsverpflichtungen drücken. Es habe auch schon mal ein weiteres Verfahren auf Unterhalt wegen einer anderen Tochter gegen ihn gegeben. Kontakt habe sie mit Herrn Mestre nur über Facebook und Skype gehabt, dieser sei aber auch schon lange abgebrochen. Der letzte Kontakt sei im Mai 2017 gewesen.

Seine aktuelle Anschrift sei 3134 Tulip Street in Philadelphia. Er habe am         .1985 Geburtstag. Die Social-Security-Number, was bei uns so viel wie die Sozialversicherungsnummer sei, soll die             sein. Weiter habe sie noch seine File Number herausfinden können; die            .

Während seines Aufenthaltes in Deutschland sei er als Soldat in Vilsek in Bayern stationiert gewesen

Das Gericht hat durch Einholung eines Abstammungsgutachtens zu prüfen, ob der Antragsgegner der leibliche Vater des Kindes ist.

Unter dem 22.03.2018 wurde folgender Beweisbeschluss erlassen:

Das zuständige Gericht in den USA wird im Wege der Rechtshilfe gebeten, gemäß nachfolgendem Beschluss tätig zu werden:

Es soll Beweis darüber erhoben werden, ob der Antragsgegner, Herr Pedro Juan Mestre, der biologische Vater des Kindes A       J    U      , geboren am        2010, ist durch Einholung eines Abstammungsgutachtens. Die Begutachtung soll erfolgen auf der Grundlage von Schleimhaut- oder Speichelproben.

Das zuständige Gericht in den USA wird gebeten, die vor Ort üblicherweise zuständige Stelle mit der Probenentnahme zu beauftragen. Die Proben können mit den anliegenden Materialien oder mit den eigenen Materialien des beauftragten Labors entnommen werden. Vor der Probenentnahme soll die Identität des Antragsgegners durch Vorlage seines Passes festgestellt werden.

3

Die Anwesenheit eines anderen Verfahrensbeteiligten als des Antragsgegners oder des Gerichts bei der Beweisaufnahme ist nicht erforderlich.

Aussagen des Antragsgegners sollen nicht eidlich erfolgen.

Siegen, 29.03.2018
Amtsgericht

Schütz
Richter

